CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:22−cv−02417−GJP

CURRY v. BOSTIK, INC. et al  
Assigned to: HONORABLE GERALD J. PAPPERT  
Cause: 15:1938 Fair Labor Standards Act  

Date Filed: 06/21/2022  
Date Terminated: 07/19/2022  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

**Plaintiff**

**JOSHUA CURRY**  
*ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

represented by **ERIC LECHTZIN**  
Edelson Lechtzin LLP  
411 S. State Street  
Suite N−300  
Newtown, PA 18940  
267−408−8445  
Fax: 267−685−0676  
Email: elechtzin@edelson−law.com  
*ATTORNEY TO BE NOTICED*

**SHOSHANA MICHELLE SAVETT**  
Edelson Lechtzin LLP  
411 S. State Street  
Suite N−300  
Newtown, PA 18940  
215−498−3334  
Email: ssavett@edelson−law.com  
*ATTORNEY TO BE NOTICED*

**LIBERATO P. VERDERAME**  
Liberato P. Verderame  
411 S. State Street  
Ste N−300  
Newtown, PA 18940  
215−867−2399  
Fax: 267−685−0676  
Email: LVerderame@edelson−law.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BOSTIK, INC.**

**Defendant**

**ARKEMA INC.**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 06/21/2022 | 1 | COMPLAINT against ARKEMA INC., BOSTIK, INC. ( Filing fee $ 402 receipt number APAEDC–15993266.), filed by JOSHUA CURRY. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form, # 3 Exhibit EXHIBIT A CONSENT, # 4 Exhibit EXHIBIT B)(VERDERAME, LIBERATO) (Entered: 06/21/2022) |
|---|---|---|
| 06/21/2022 | 2 | NOTICE of Appearance by ERIC LECHTZIN on behalf of JOSHUA CURRY (LECHTZIN, ERIC) (Entered: 06/21/2022) |
| 06/21/2022 |  | Attorneys are required by local rule to complete and file both a Civil Cover Sheet and a Designation Form. Plaintiff's counsel is directed to file COMPLETED Designation Form in this case using the Exhibit docket event. (sbt) (Entered: 06/21/2022) |
| 06/21/2022 | 3 | Summons Issued as to ARKEMA INC., BOSTIK, INC.. Forwarded To: EMAILED TO PLANTIFF'S COUNSEL on 6/21/22 (JL) (Entered: 06/21/2022) |
| 06/23/2022 | 4 | EXHIBIT *Designation Form* by JOSHUA CURRY.. (VERDERAME, LIBERATO) (Entered: 06/23/2022) |
| 06/23/2022 | 5 | NOTICE of Appearance by SHOSHANA MICHELLE SAVETT on behalf of JOSHUA CURRY (SAVETT, SHOSHANA) (Entered: 06/23/2022) |
| 07/18/2022 | 6 | STIPULATION *TO TRANSFER VENUE* by JOSHUA CURRY. (Attachments: # 1 Text of Proposed Order)(LECHTZIN, ERIC) (Entered: 07/18/2022) |
| 07/19/2022 | 7 | JOINT STIPULATION AND ORDER TO TRANSFER VENUE IS WARRANTED UNDER 28 U.S.C. & 1404. THE COURT HEREBY TRANSFERS THE INSTANT CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY; ETC.. SIGNED BY HONORABLE GERALD J. PAPPERT ON 7/19/22. 7/19/22 ENTERED AND E–MAILED.(JL) (Entered: 07/19/2022) |