## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

JOSHUA CURRY,     Plaintiff,

v.     Civil Action No. 3:22-cv-370-DJH-CHL

BOSTIK, INC. and ARKEMA, INC.,     Defendants.

\* \* \* \* \*

## **ORDER**

The parties having agreed to a settlement of all matters in this case (Docket No. 51), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**. Plaintiff's motion to certify (D.N. 35) is **DENIED** as moot.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

December 18, 2023

*[signature]*

**David J. Hale, Judge**
**United States District Court**