UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOSHUA CURRY,     Plaintiff,

v.     Civil Action No. 3:22-cv-370-DJH-CHL

BOSTIK, INC. and ARKEMA, INC.,     Defendants.

\* \* \* \* \*

## ORDER

The Court previously dismissed this action without prejudice upon the magistrate judge's report and recommendation following the parties' November 6, 2023 settlement conference. (Docket No. 52; *see* D.N. 51)  The parties now jointly move to set aside that dismissal and for an extension of time to submit settlement documents, explaining that their settlement resolved class claims and will thus require the Court's approval under Federal Rule of Civil Procedure 23. (D.N. 53)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion (D.N. 53) is **GRANTED**. The Court's December 18, 2023 dismissal of this action is **SET ASIDE**. The Clerk of Court is **DIRECTED** to restore this case to the Court's active docket. The parties shall file their motion for preliminary approval of the settlement on or before **February 7, 2024**.

January 23, 2024

David J. Hale, Judge
United States District Court

1