UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOSHUA CURRY,                                                                                           Plaintiff,

v.                                                                              Civil Action No. 3:22-cv-370-DJH-CHL

BOSTIK, INC. and ARKEMA, INC.,                                                                      Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Joshua Curry having moved for preliminary approval of the parties' collective and class settlement and conditional certification of a Rule 23 class and FLSA collective (Docket No. 58; D.N. 35), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     This matter is **SET** for a preliminary fairness hearing on **November 12, 2024, at 1:00 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2)     The motion for preliminary approval (D.N. 58) and motion for conditional certification (D.N. 35) are **ADMINISTRATIVELY REMANDED**, to be reinstated following the November 12 hearing.

September 24, 2024

David J. Hale, Judge
United States District Court

1